UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IRMA YADIRA MENDEZ
LOPEZ,

        **Plaintiff,**

v.                                                  Case No.: 6:20-cv-1118-GKS-GJK

COMMISSIONER OF SOCIAL
SECURITY,

        **Defendant.**

## ORDER

THIS CAUSE concerns Plaintiff Irma Yadira Mendez Lopez's appeal[1] from a final decision 2 of the Defendant, Commissioner of Social Security (Commissioner), determining that Plaintiff was not disabled and denying her application for Disability Insurance Benefits and Supplemental Security Income.[3] Plaintiff and Defendant filed a Joint Memorandum in support of their differing

---

[1] Complaint filed June 24, 2020. (Doc. 1).

[2] Decision, August 20, 2019. (Doc. 22-2).  Subsequently, on May 14, 2020, the Appeals Council denied Plaintiff's request for a review of the Administrative Law Judge's (ALJ) decision.  After exhausting her administrative remedies, Plaintiff filed her Complaint.

[3] The Commissioner filed a certified copy of the record before the Social Security Administration. (*See* Doc. 22.)

positions (Doc. 30).  The Court referred the matter to the United States Magistrate Judge for a report and recommendation (Report and Recommendation).

On October 22, 2021, the United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 31), recommending that the Administrative Law Judge's decision be affirmed.  Thereafter, on November 5, 2021, Plaintiff filed a second Motion for Extension of Time to Submit Written Objections to the Report and Recommendation (Doc. 35).  The motion was based upon "Plaintiff's counsel's unscheduled and unanticipated emergency medical condition and subsequent hospitalization.  As a result, Plaintiff requests an additional fourteen (14) days."  The motion was granted (Doc. 36).

By Endorsed Order of November 11, 2021, (Doc. 37), the Court directed Plaintiff's Counsel to file a status within ten days.  On March 14, 2022, the Court issued a Show Cause Order, (Doc. 38), directing Counsel to file a status report within fifteen days.  As of March 30, 2022, Plaintiff's Counsel, or her firm, has filed neither a status report with the Court nor objections to the Report and Recommendation.

As noted in the Report and Recommendation, "[a] party has fourteen days from the date the Report and Recommendation is served to serve and file written objections to the Report and Recommendation's factual findings and legal conclusions.  Failure to serve written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the

2

district judge adopts from the Report and Recommendation. 11th Cir. R. 3-1." In the absence of Objections to the Report and Recommendation by the Plaintiff, the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

After review and consideration of the Report and Recommendation and noting that no timely objections have been filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 31) is **APPROVED** and **ADOPTED** and made part of this Order for all purposes, including appellate review.
2. The Commissioner's final decision in this case is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g).
3. The Clerk of Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this 30th day of March, 2022.



ROY B. DALTON JR.
United States District Judge

Copies to:

3

Counsel of Record
Unrepresented Parties